Petition for Writ of Mandamus Denied and Opinion filed April 11, 2003









Petition for Writ of Mandamus Denied and Opinion filed
April 11, 2003.

 

 

 

 

 

 

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00383-CV

____________

 

IN RE CHRISTINE M. SAMPSON, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On April 7, 2003, relator
filed a petition for writ of mandamus in this Court, seeking to compel the Hon.
Bruce G. Oakley, Judge of the 234th District Court of Harris County, Presiding
in Ancillary Court for the 164th District Court of Harris County, to vacate a
temporary restraining order entered on April 2, 2003.  See Tex.
Gov=t. Code Ann. ' 22.221; see also Tex. R. App. P. 52.  With the petition, relator
filed a motion to stay the underlying proceedings.  See Tex.
R. App. P. 52.10(a).

We deny relator=s petition for writ of mandamus and
request for temporary relief.

 

PER CURIAM

 

Petition Denied
and Opinion filed April 11, 2003.

Panel consists of
Justices Yates, Hudson, and Frost.